## **STATEMENT OF FACTS**

On Wednesday, March 25, 2020, at approximately 5:00 p.m., members of the Metropolitan Police Department (MPD) Gun Recovery Unit (GRU) were on patrol in the 3500 block of A Street Southeast in Washington, D.C. Officers observed a silver BMW sedan parked in front of 3511 A Street Southeast, with DC registration FY4792. The vehicle had no tag affixed to the front of the vehicle. Officer Denton approached the vehicle, noticing only one occupant and the window rolled up.

Once Officer Denton reached the driver side window, he immediately observed the barrel and muzzle of a firearm protruding from underneath the occupant, later identified as Novel Anthony Springs (Defendant Springs). The barrel of the firearm was facing forward between Defendant Springs's legs, who was seated on top of it. As Defendant Springs rolled down the window, Officer Denton immediately gave commands to Defendant Springs to exit the vehicle with his hands raised, which he complied with. Defendant Springs was placed under arrest.

It was later determined that the front tag to the vehicle was in the front windshield. A WALES/NCIC check of the vehicle tag revealed that the registration belonged to a Mercedes, not a BMW that is was affixed to.

The firearm was determined to be a Glock, model 19, 9 millimeter handgun with an obliterated serial number. When it was recovered, it was loaded with one (1) round in the chamber and twelve (12) rounds in an unknown capacity magazine. There are no firearms or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce.

Officer Denton was present for the initial contact with the defendant, recovery of the weapon and the arrest of Defendant Springs.

A criminal history check of Defendant Springs through the National Crime Information Center confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia, Criminal Case No. 2017 CF3 15611 for Attempt Robbery and Criminal Case No. 2016 CF2 10626 for Attempt Distribution of a Controlled Substance. The defendant was sentenced to eighteen (18) months for the Attempt Robbery and ten (10) months for the Attempt Distribution. The defendant was aware that these crimes are punishable by more than one year.

_____
OFFICER CHRISTOPHER DENTON
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of March, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE